No. 73–6777.  St. Lawrence v. United States.  C. A. D. C. Cir.  Certiorari denied.

No. 73–6778.  Eggleston v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 73–6779.  Hall v. Witzenfeld, Sheriff, et al. C. A. 5th Cir.  Certiorari denied.

No. 73–6780.  Bailey v. Michigan.  C. A. 6th Cir. Certiorari denied.

No. 73–6782.  Wilson et al. v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 73–6783.  King v. New York.  Ct. App. N. Y. Certiorari denied.

No. 73–6784.  Lombera v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 73–6785.  Rodriguez v. Government of the Virgin Islands.  C. A. 3d Cir.  Certiorari denied.

No. 73–6786.  Ault et al. v. Purcell, Sheriff.  Ct. App. Ore.  Certiorari denied.

No. 73–6787.  Williams v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 73–6788.  Salinas v. Estelle, Corrections Director.  C. A. 5th Cir.  Certiorari denied.

No. 73–6789.  Roe v. United States.  C. A. 10th Cir. Certiorari denied.